**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW MEXICO**

In re:

Marty Vigil and
    Lorena Michelle Vigil,                       No. 18-10201-j13

    Debtors.

**AMENDED NOTICE OF OBJECTION DEADLINE**
**FOR DEBTORS OBJECTION TO CLAIM #22-1 FILED BY UNITED**
<u>**CONSUMER FINANCIAL SERVICES**</u>

    On September 24, 2018, the debtor through undersigned counsel filed their objection to claim #22-1 filed by United Consumer Financial Services.

    IF YOU OBJECT to the Motion, you must file an objection with the Clerk of the United States Bankruptcy Court for the District of New Mexico, Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd., NW Suite 360, Albuquerque NM 87102, within twenty-one (21) days of the date of the mailing of this notice, plus 3 days for mailing, and you must provide a copy of your objection to undersigned counsel. If you are an attorney, you must electronically file your objection. If objections are timely filed, a hearing will be held on notice only to Movant and objecting parties. If no objections are timely filed, an order granting the Motion will be presented to the Court for entry without a hearing or further notice.

                                                                    Respectfully submitted,
                                                                    **MELWANI LAW P.C.**
                                                                    By: <u>Electronically filed.</u>
                                                                    **Arun A. Melwani**
                                                                    10749 Prospect N.E., Ste. F
                                                                    Albuquerque, NM 87112
                                                                    Telephone: (505) 323-5800
                                                                    Facsimile: (866) 595-1567

I CERTIFY that the foregoing Notice along with the Objection to Claim #22-1 filed by United Consumer Financial Services was electronically filed with the Court via the CM/ECF system. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing. I certify that the foregoing was mailed by first class mail to the following parties, at the addresses listed below on **October 19, 2018**.

United Consumer Financial Services
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Suite 200
Tucson, AZ 85712