**Tiffany M. Cornejo, Trustee**
**625 Silver Sw, Suite 350**
**Albuquerque, NM 87102**

# IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW MEXICO

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period from November 17, 2017 to November 16, 2018
Chapter 13 Case #: 18-10201 JR

Re: MARTY VIGIL       Attorney: ARUN A MELWANI
LORENA MICHELLE VIGIL       MELWANI LAW P.C.
1515 N. KANSAS AVE.       10749 PROSPECT AVE NE STE F
ROSWELL, NM 88201       ALBUQUERQUE, NM 87112

(505)323-5800

## RECEIPTS FOR PERIOD

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| Feb 23 | 1,200.00 | Mar 08 | 1,200.00 | Mar 22 | 1,200.00 | Apr 09 | 1,200.00 |
| Apr 27 | 1,200.00 | May 08 | 1,200.00 | May 29 | 1,200.00 | Jun 08 | 1,200.00 |
| Jun 22 | 1,200.00 | Jul 10 | 1,200.00 | Jul 23 | 1,200.00 | Aug 08 | 1,200.00 |
| Aug 22 | 1,200.00 | Sep 11 | 1,200.00 | Sep 24 | 1,200.00 | Oct 15 | 1,200.00 |
| Oct 29 | 1,200.00 | | | | | | |

## DISBURSEMENTS MADE THROUGH 11/16/2018

| Claim # | Claimant Name | Class | Int Rate | Allowed Claim | Principal Paid | Interest Paid | Percent Paid |
|---|---|---|---|---|---|---|---|
| TTE | Trustee Compensation | Admin | | | 1,643.99 | | |
| DREF | MARTY VIGIL | Admin | | | | | %0.00 |
| ATTY | ARUN A MELWANI | Admin | | | | | %0.00 |
| 00001 | CREDIT ACCEPTANCE CORP. | Unsecured | 3.00% | 6,480.64 | 0.00 | 0.00 | %0.00 |
| 00002 | US Collections West | Unsecured | 3.00% | 1,852.50 | 0.00 | 0.00 | %0.00 |
| 00003 | American Porta Storage | Secured | 5.00% | 4,956.00 | 2,372.02 | 89.12 | %0.48 |
| 00004 | Capital One Auto Finance | Secured | 5.00% | 20,670.00 | 9,892.99 | 371.69 | %0.48 |
| 00005 | Capital One Auto Finance | | | SURRENDER | | | %0.00 |
| 00006 | Prestige Financial | Secured | 5.00% | 12,143.00 | 5,811.83 | 218.36 | %0.48 |
| 00007 | Internal Revenue Service | Priority | | 6,639.21 | 0.00 | 0.00 | %0.00 |
| 00008 | NEW MEXICO TAXATION & REVENUE | Priority | | 9,697.99 | 0.00 | 0.00 | %0.00 |
| 00010 | Armed Forces Loans of Nevada | | | NOT FILED | | | %0.00 |
| 00011 | BANK OF THE SOUTHWEST | | | NOT FILED | | | %0.00 |
| 00012 | Barbizon Modeling Studio | | | NOT FILED | | | %0.00 |
| 00013 | PORTFOLIO RECOVERY ASSOCIATES, L | Unsecured | 3.00% | 463.89 | 0.00 | 0.00 | %0.00 |
| 00015 | PORTFOLIO RECOVERY ASSOCIATES, L | Unsecured | 3.00% | 619.18 | 0.00 | 0.00 | %0.00 |
| 00016 | CashNetUSA | | | NOT FILED | | | %0.00 |
| 00017 | CHECK N GO | | | NOT FILED | | | %0.00 |
| 00018 | Comenity Bank | | | NOT FILED | | | %0.00 |
| 00019 | Midland Credit Management Inc. | Unsecured | 3.00% | 773.86 | 0.00 | 0.00 | %0.00 |
| 00020 | Comenity Bank | | | NOT FILED | | | %0.00 |
| 00022 | Directv, llc by American Infosource LP As | Unsecured | 3.00% | 727.26 | 0.00 | 0.00 | %0.00 |
| 00023 | Dr. Scott Burnett, DDS | | | NOT FILED | | | %0.00 |
| 00024 | First Novus | | | NOT FILED | | | %0.00 |
| 00025 | First Premier Bank | | | NOT FILED | | | %0.00 |
| 00026 | First Premier Bank | | | NOT FILED | | | %0.00 |
| 00027 | First Premier Bank | | | NOT FILED | | | %0.00 |
| 00028 | HSBC Bank | | | NOT FILED | | | %0.00 |
| 00029 | Internal Revenue Service | Unsecured | 3.00% | 1,004.13 | 0.00 | 0.00 | %0.00 |

| Claim # | Claimant Name | Class | Int Rate | Allowed Claim | Principal Paid | Interest Paid | Percent Paid |
|---|---|---|---|---|---|---|---|
| 00030 | Monterey Financial Services | | | NOT FILED | | | %0.00 |
| 00031 | Resurgent Capital Services | Unsecured | 3.00% | 997.45 | 0.00 | 0.00 | %0.00 |
| 00032 | Merrick Bank | | | NOT FILED | | | %0.00 |
| 00033 | Monterey Collection Services | | | NOT FILED | | | %0.00 |
| 00034 | NEW MEXICO TAXATION & REVENUE | Unsecured | 3.00% | 797.62 | 0.00 | 0.00 | %0.00 |
| 00035 | New Mexico National Guard TSP Loan Adm | | | NOT FILED | | | %0.00 |
| 00036 | MILITARY LOANS | | | NOT FILED | | | %0.00 |
| 00038 | PRESBYTERIAN | | | NOT FILED | | | %0.00 |
| 00039 | Progressive Leasing/NPRTO West, LLC | | | NOT FILED | | | %0.00 |
| 00040 | Reviver Financial, LLC | | | NOT FILED | | | %0.00 |
| 00041 | City of Rio Rancho | | | NOT FILED | | | %0.00 |
| 00042 | San Juan Village Apartments | | | NOT FILED | | | %0.00 |
| 00043 | SANTANDER CONSUMER USA | | | NOT FILED | | | %0.00 |
| 00044 | SCOR Orthopedics/Dr. Osmani | | | NOT FILED | | | %0.00 |
| 00045 | ATLAS ACQUISITIONS LLC | Unsecured | 3.00% | 4,004.51 | 0.00 | 0.00 | %0.00 |
| 00046 | Speedy Cash | | | NOT FILED | | | %0.00 |
| 00047 | Sprint PCS | | | NOT FILED | | | %0.00 |
| 00048 | SYNCB | | | NOT FILED | | | %0.00 |
| 00049 | SYNCB | | | NOT FILED | | | %0.00 |
| 00050 | SYNCB | | | NOT FILED | | | %0.00 |
| 00051 | CBNA | | | NOT FILED | | | %0.00 |
| 00052 | UNITED CONSUMER FINANCIAL | Unsecured | 3.00% | 0.00 | 0.00 | 0.00 | %0.00 |
| 00053 | USA Service Finance | Unsecured | 3.00% | 412.25 | 0.00 | 0.00 | %0.00 |
| 00054 | WEB BANK | | | NOT FILED | | | %0.00 |
| 00055 | METABANK/FINGERHUT | | | NOT FILED | | | %0.00 |
| 00056 | WORLD ACCEPTANCE CORP | | | NOT FILED | | | %0.00 |
| 00057 | WORLD ACCEPTANCE | Unsecured | 3.00% | 1,440.71 | 0.00 | 0.00 | %0.00 |
| 00059 | WORLD ACCEPTANCE | Unsecured | 3.00% | 2,606.37 | 0.00 | 0.00 | %0.00 |
| 00060 | CBNA | | | NOT FILED | | | %0.00 |
| 00061 | PORTFOLIO RECOVERY ASSOCIATES, L | Unsecured | 3.00% | 373.04 | 0.00 | 0.00 | %0.00 |
| 00062 | WORLD ACCEPTANCE | Unsecured | 3.00% | 606.49 | 0.00 | 0.00 | %0.00 |
| 00063 | Fast Bucks | Unsecured | 3.00% | 776.00 | 0.00 | 0.00 | %0.00 |
| 00065 | Quantum3 Group LLC as agent | Unsecured | 3.00% | 9,682.03 | 0.00 | 0.00 | %0.00 |
| 10004 | Capital One Auto Finance | Unsecured | 3.00% | 334.40 | 0.00 | 0.00 | %0.00 |
| 10006 | Prestige Financial | Unsecured | 3.00% | 995.27 | 0.00 | 0.00 | %0.00 |

## CASE SUMMARY AS OF 11/16/2018

| Total Paid in: | Total Disbursed: | Total Administrative Costs: | Balance on Hand: |
|---|---|---|---|
| $20,400.00 | $18,756.01 | $1,643.99 | $0.00 |

**PLEASE READ THIS REPORT TO BE SURE THE INFORMATION IN IT IS ACCURATE. IF YOU BELIEVE THAT ANY OF THE ABOVE INFORMATION IS INCORRECT CONTACT YOUR ATTORNEY IMMEDIATELY.**

**I HEREBY CERTIFY**, that the foregoing was served on the Debtor(s) at the above address(es) on Friday, November 16, 2018 and on Debtor'(s) attorney on the date of filing of this Report with the Court as required.

/s/ **Tiffany M. Cornejo**
**Chapter 13 Trustee**